GULF LUMBER COMPANY, A CORPORATION UNDER THE LAWS OF FLORIDA, *Plaintiff in Error,* v. D. H. DUNN AND S. D. DUNN, AS COPARTNERS UNDER THE FIRM NAME OF D. H. DUNN & SON, *Defendants in Error.*

Judgment reversed on the authority of *R. J. Knight v. D. H. Dunn & Son,* decided this day.

This case was decided by Division B.

Writ of error to the Circuit Court for Citrus county.

The facts in the case are stated in the opinion of the court.

*H. L. Anderson* for plaintiff in error.

*Neil M. Allred* for defendant in error.

PER CURIAM.—The plaintiff in error, as defendant below, filed three pleas, one of which was on motion stricken, and the other two were ordered amended within ten days. After the expiration of this time the clerk entered a default and judgment final. This judgment must be reversed on the authority of *R. J. Knight v. D. H. Dunn & Son,* decided this day, with directions to the court below to set aside the default and final judgment based thereon, and to permit the defendant to file such pleas as it may be advised.

CARTER, P. J., and MAXWELL and COCKRELL, JJ., concur.

TAYLOR, C. J., and HOCKER and SHACKLEFORD, JJ, concur in the opinion.